UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
UNITED STATES OF AMERICA,

                                                                                                 02-cr-880 (PKC)
                                                                                                 16-cv-4507 (PKC)

       -against-

                                                                                                   ORDER

ALEX ARRINGTON,

                                   Defendants.
-----------------------------------------------------------x

CASTEL, U.S.D.J.

        Within 14 days of this Order, counsel for defendant and the government shall confer on the application of Nunez v. United States, No. 18-1803, and Bryant v. United States, No. 18-1141, to defendant's section 2255 motion.  If there is agreement between the parties, they shall so state in a letter to the Court to be filed within 30 days.  If there is not agreement, then, within 30 days, defendant shall submit a letter brief setting forth his views on the application of Nunez and Bryant to the section 2255 motion.  The government shall respond to such a letter brief within 21 days and defendant shall reply within a subsequent 14 days.

        SO ORDERED.

                                                            P. Kevin Castel
                                                United States District Judge

Dated: New York, New York
         July 23, 2020